# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| JAMES JORDANOFF, IV, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. CIV-15-939-R |
| JOE LESTER, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered October 3, 2016. Doc. No. 80. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety. Defendant Coffey's Motion for Summary Judgment on Plaintiff's retaliation claim is DENIED and GRANTED on Plaintiff's excessive force claims.

IT IS SO ORDERED this 27th day of October, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1