FILED
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**February 28, 2019**

**Elisabeth A. Shumaker**
**Clerk of Court**

JAMES JORDANOFF, IV,

  Plaintiff - Appellee,

v.

DETENTION OFFICER JOSH COFFEY,

  Defendant - Appellant.

No. 18-6143
(D.C. No. 5:15-CV-00939-R)
(W.D. Okla.)

## ORDER

The parties' joint stipulation of dismissal is granted. *See* 10th Cir. R. 27.5(A)(9)

and Fed. R. App. P. Rule 42(b).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk