# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | February 28, 2019 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. John W. Billingsley
Billingsley & Associates
201 W. Main Street
Ada, OK 74820

Ms. Jessica Lauren Dark
Pierce Couch Hendrickson
1109 North Francis Avenue
Oklahoma City, OK 73106-6813

Ms. Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

Mr. Robert S. Lafferrandre
Mr. Randall James Wood
Pierce Couch Hendrickson
1109 North Francis Avenue
Oklahoma City, OK 73106-6813

**RE:**   **18-6143, Jordanoff v. Coffey**
Dist/Ag docket: 5:15-CV-00939-R

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/klp